1 MELINDA HAAG (CABN 132612)
United States Attorney

2

3 J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 CASEY O'NEILL (NYBN 4715363)
Special Assistant United States Attorney

5

6   150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5080
7   Fax: (408) 535-5066
  E-Mail: Casey.O'Neill@usdoj.gov

8

Attorneys for the United States of America

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 13-CR-00507 LHK |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE & EXCLUDING TIME |
| RAFAEL MEDINA, ) | |
|   a/k/a "Conejo," ) | |
| Defendant. ) | |

21    The government and defendant Rafael Medina, through their respective counsel, hereby stipulate
22 and request that the status hearing currently set for Wednesday, April 9, 2014, at 9:30 a.m., be continued
23 to Wednesday, May 14, 2014, at 9:30 a.m., before The Honorable Lucy H. Koh, United States District
24 Judge. The reason for the requested continuance is that the parties are continuing to review discovery
25 materials in anticipation of a likely change of plea in this case.
26    The parties also stipulate and request that the Court exclude time through and including May 14,
27 2014, as the reasonable time necessary for effective preparation of counsel, such that the ends of justice
28 served by the continuance outweigh the best interest of the public and the defendant in a speedy trial,

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
CR 13-00507 LHK                                                1

1  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

2  Dated:  April 7, 2014                                        MELINDA HAAG
3                                                                              United States Attorney
4
5                                                                              _____/s/_____
                                                                                CASEY O'NEILL
6                                                                              Special Assistant United States Attorney
7
                                                                                _____/s/_____
8  Dated:  April 7, 2014                                        ALLEN H. SCHWARTZ
                                                                                Counsel for defendant Rafael Medina
9

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the status hearing currently set for Wednesday, April 9, 2014, at 9:30 a.m., shall be continued to Wednesday, May 14, 2014, at 9:30 a.m.

It is further ordered that time through and including May 14, 2014, shall be excluded from the computation of the time within which trial shall commence, as the reasonable time necessary for effective preparation of counsel, such that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(4).

Dated:   4/8/14                                                  _____*Lucy H. Koh*_____
                                                                                HON. LUCY H. KOH
                                                                                United States District Judge